UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Darnell Sudberry,

    Petitioner,

        v.                        Case No. 1:16cv525

Warden, Lebanon Correctional
Institution,                       Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 28, 2018 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 5) of the Magistrate Judge is hereby **ADOPTED.** The Petition (Doc. 1) is **DISMISSED** for lack of prosecution.

    **IT IS SO ORDERED.**

                                  *s/Michael R. Barrett*
                                  Michael R. Barrett, Judge
                                  United States District Court